UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAIGE VAN PELT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CIGNA GROUP, CIGNA CORPORATION, AND CIGNA HEALTH and LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:23-cv-01135-OAW<br><br>September 18, 2023 |

**JOINT MOTION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Local Rule 7(b), Defendants The Cigna Group (f/k/a Cigna Corporation), Cigna Corporation, and Cigna Health and Life Insurance Company (together, "Cigna"), with the consent and agreement of Plaintiff Paige Van Pelt ("Plaintiff"), hereby move to extend the time for Cigna to answer, move, or otherwise respond to Plaintiff's Complaint based on good cause as set forth below.  This is the first such request for an extension.

In support, the parties state the following:

1. Plaintiff filed her Complaint on August 25, 2023.

2. On September 1, 2023, Cigna was served with the Complaint.

3. Cigna's current deadline to respond to the Complaint is September 22, 2023.

4. Upon Cigna's initial review of the Complaint, Cigna's counsel has determined that it requires additional time to fully investigate Plaintiff's claims and allegations, and to prepare Cigna's responsive filing.  Given this need for additional time, the current deadline cannot reasonably be met despite the diligence of Cigna's counsel.

2

    5.     Counsel for the parties have conferred regarding Cigna's deadline to respond to the Complaint. Cigna requested and Plaintiff consented to extend that deadline by 45 days, to November 6, 2023.

    6.     This is the first request for an extension of time to respond to the Complaint.

    7.     This request is being filed at least three business days prior to the expiration of the current deadline to file a response, as required by Local Rule 7(b).

    8.     This motion is made in good faith and not for the purpose of hindrance or undue delay.

    9.     The parties thus respectfully request that the Court extend the deadline for Cigna to answer, move, or otherwise respond to Plaintiff's Complaint by 45 days, to November 6, 2023.

Dated:  September 18, 2023

Respectfully submitted,

 */s/ Theodore J. Tucci*
Theodore J. Tucci (ct05249)
Kevin P. Daly (ct30380)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Facsimile:  (860) 275-8299
ttucci@rc.com
kdaly@rc.com

 */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (CT 27481)
Amanda Rolon (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

Joshua B. Simon*
Warren Haskel*
Dmitriy Tishyevich*
John J. Song*
Chelsea Cosillos*
**pro hac vice* forthcoming
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
jsimon@mwe.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite (CT 24886)
Anja Rusi (CT 30686)
156 South Main Street
P.O. Box 192
Colchester, Connecticut 06415
Tel. (800) 404-7770
ecomite@scott-scott.com
arusi@scott-scott.com

whaskel@mwe.com
dtishyevich@mwe.com
jsong@mwe.com
ccosillos@mwe.com

*Attorneys for Defendants The Cigna Group, Cigna Corporation, and Cigna Health and Life Insurance Company*

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi (*pro hac vice* forthcoming)
Michael A. Innes (*pro hac vice* forthcoming)
Jordan M. Steele (*pro hac vice* forthcoming)
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
jsteele@carellabyrne.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary S. Bower (*pro hac vice* forthcoming)
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel.: (973) 994-1700
zbower@carellabyrne.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of September 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Theodore J. Tucci*
                                          Theodore J. Tucci