UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAIGE VAN PELT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CIGNA GROUP, CIGNA CORPORATION, AND CIGNA HEALTH and LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-01135-OAW<br><br>October 27, 2023 |

**JOINT MOTION FOR EXTENSION OF TIME
FOR THE PARTIES' RULE 26 REPORT**

Pursuant to Local Rule 7(b), Defendants The Cigna Group (f/k/a Cigna Corporation), Cigna Corporation, and Cigna Health and Life Insurance Company (together, "Cigna") and Plaintiff Paige Van Pelt ("Plaintiff") hereby jointly move to request an extension of the deadline to file their Rule 26 report by 30 days to December 1, 2023 based on good cause as set forth below. This is the first request for an extension of this deadline. In support, the parties state the following:

1.　　Plaintiff filed her complaint on August 25, 2023.

2.　　Cigna was served with the complaint on September 1, 2023, and Cigna's current deadline to respond is November 6, 2023.

3.　　Since mid-September, counsel for Plaintiff and Cigna had several productive meet-and-confers to discuss the named Plaintiff's claim, as well as her allegations that her claim was denied through Cigna's PxDx claims review process, which Cigna disputes, with Cigna also providing Plaintiff's counsel with certain claim documents to advance those discussions. The parties' discussions remain ongoing, and their outcome will likely impact the parties' Rule 26

discussions and Rule 26 report.  Additionally, Cigna's current deadline to respond to the complaint is November 6—after the current deadline for the parties' Rule 26 report—and Cigna believes that certain points and defenses raised in that response may also impact the parties' negotiation of the Rule 26 report, including whether Plaintiff has Article III standing.  In light of the foregoing, the parties respectfully submit that providing a 30-day extension to allow the parties to continue their discussion about the named Plaintiff's claims, and to allow Plaintiff's counsel to review Cigna's response to the complaint after it is filed on November 6, will enable both sides to come up with a more practical and realistic Rule 26(f) report.  Given the above, the current deadline cannot reasonably be met despite the diligence of the parties' counsel.

4. The parties' counsel have conferred and agree to jointly request an extension of the current November 1 deadline to submit the Rule 26 report by 30 days, to December 1, 2023.

5. This is the first request for an extension of time with respect to the parties' Rule 26 report.

6. This request is being filed at least three business days before the expiration of the current deadline to file the Rule 26 report, as required by Local Rule 7(b).

7. This motion is made in good faith and not for the purpose of hindrance or undue delay.

8. The parties thus respectfully request that the Court extend the deadline for the parties to file their Rule 26 report by 30 days, to December 1, 2023.

*     *     *

Dated:  October 27, 2023

 /s/ Joshua B. Simon
Joshua B. Simon*
Warren Haskel*
Dmitriy Tishyevich*
John J. Song*
Chelsea Cosillos*
*Admitted *pro hac vice*
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
jsong@mwe.com
ccosillos@mwe.com

Theodore J. Tucci (ct05249)
Kevin P. Daly (ct30380)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Facsimile:  (860) 275-8299
ttucci@rc.com
kdaly@rc.com

*Attorneys for Defendants The Cigna Group, Cigna Corporation, and Cigna Health and Life Insurance Company*

Respectfully submitted,

 /s/ Joseph P. Guglielmo
Joseph P. Guglielmo (CT 27481)
Amanda Rolon (admitted *pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite (CT 24886)
Anja Rusi (CT 30686)
156 South Main Street
P.O. Box 192
Colchester, Connecticut 06415
Tel. (800) 404-7770
ecomite@scott-scott.com
arusi@scott-scott.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi*
Michael A. Innes*
Jordan M. Steele*
*Pro hac vice* forthcoming
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
jsteele@carellabyrne.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary S. Bower*
*Pro hac vice* forthcoming
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel.: (973) 994-1700
zbower@carellabyrne.com

*Attorneys for Plaintiff*

3