## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAIGE VAN PELT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CIGNA GROUP, CIGNA CORPORATION, and CIGNA HEALTH AND LIFE INSURANCE COMPANY.<br><br>Defendants. | Civil Action No. 3:23-cv-1135 (OAW) (RMS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses without prejudice the above-captioned action against Defendants. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal is effective upon the filing of this notice and is without prejudice.

Dated: November 6, 2023

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (CT 27481)
Amanda Rolon (*Pro hac vice forthcoming*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite (CT 24886)
Anja Rusi (CT 30686)
156 South Main Street

P.O. Box 192
Colchester, Connecticut 06415
Tel. (800) 404-7770
ecomite@scott-scott.com
arusi@scott-scott.com

**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
James E. Cecchi (*Pro hac vice forthcoming*)
Michael A. Innes (*Pro hac vice forthcoming*)
Jordan M. Steele (*Pro hac vice forthcoming*)
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
jsteele@carellabyrne.com

**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
Zachary S. Bower (*Pro hac vice forthcoming*)
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel.: (973) 994-1700
zbower@carellabyrne.com

*Attorneys for Plaintiff*